Jennifer W. Stone (No. 331600)
Deputy Federal Public Defender
(Email: Jenny_Stone@fd.org)
3801 University Avenue, Suite 700
Riverside, California 92501
Tel:  951-276-6346
Fax: 951-276-6368

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NUMBER |
| PLAINTIFF | 5:26-cr-00122-FLA |
| v. | |
| JUAN CARLOS HERNANDEZ PINEDA, | **NOTIFICATION RE:  APPLICATION FOR BAIL REVIEW OR RECONSIDERATION OF ORDER SETTING CONDITIONS OF RELEASE OR DETENTION, (18 U.S.C. §3142)** |
| DEFENDANT. | |

PLEASE TAKE NOTICE that the Request for Hearing on the Application for Review/Reconsideration of Order Setting Conditions of Release/Detention:

☐  is approved.  The matter is set on calendar for hearing before:

☐ District Judge _____

☐ Magistrate Judge _____

on _____ at _____ ☐ a.m. ☐ p.m.

in courtroom _____.

☐   is not approved.

☐   Other: _____

An interpreter is  ☐ required  ☐ is not required.  Language _____
Defendant is  ☐ in custody  ☐ not in custody.

Clerk, U. S. District Court

_____          _____          _____
Date                                                  Deputy Clerk                                      Contact Phone Number

Notice is electronically made upon transmission of the Notice of Electronic Filing to the following agencies:
cc: ☐ Probation   ☐ Interpreter's Office   ☐ PSA.